CASREF, CLOSED, PATENT/TRADEMARK, PROTECTIVE−ORDER

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:12−cv−00332−JRG−RSP

| | |
|---|---|
| DietGoal Innovations LLC v. Meredith Corporation | Date Filed: 06/13/2012 |
| Assigned to: Judge Rodney Gilstrap | Date Terminated: 05/13/2013 |
| Referred to: Magistrate Judge Roy S. Payne | Jury Demand: Both |
| Related Cases: 2:12−cv−00764−JRG−RSP | Nature of Suit: 830 Patent |
| 2:12−cv−00766−JRG−RSP | Jurisdiction: Federal Question |
| 2:12−cv−00768−JRG−RSP | |
| 2:12−cv−00770−JRG−RSP | |
| 2:12−cv−00771−JRG−RSP | |
| 2:12−cv−00761−JRG−RSP | |
| 2:12−cv−00772−JRG−RSP | |
| 2:12−cv−00779−JRG−RSP | |
| 2:12−cv−00773−JRG−RSP | |
| 2:12−cv−00774−JRG−RSP | |
| 2:12−cv−00775−JRG−RSP | |
| 2:12−cv−00776−JRG−RSP | |
| 2:12−cv−00777−JRG−RSP | |
| 2:12−cv−00778−JRG−RSP | |

Cause: 28:1338 Patent Infringement

**Plaintiff**

**DietGoal Innovations LLC**    represented by    **Christopher Michael Joe**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
(214) 466−1272
Fax: (214) 635−1828
Email: Chris.Joe@bjciplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Andrew Carpenter**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214−466−1273
Fax: 214−635−1829
Email: brian.carpenter@BJCIPlaw.com
*ATTORNEY TO BE NOTICED*

**Damon Michael Young**
Young Pickett &Lee
4122 Texas Blvd

PO Box 1897
Texarkana, TX 75504–1897
903/794–1303
Fax: 19037925098
Email: damon@dylawoffices.com
*ATTORNEY TO BE NOTICED*

**Eric William Buether**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214–466–1271
Fax: 214–635–1827
Email: eric.buether@bjciplaw.com
*ATTORNEY TO BE NOTICED*

**Mark Davin Perantie**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214–466–1279
Fax: 214–635–1830
Email: mark.perantie@bjciplaw.com
*ATTORNEY TO BE NOTICED*

**Michael David Ricketts**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214–466–1270
Fax: 214–635–1842
Email: mickey.ricketts@bjciplaw.com
*ATTORNEY TO BE NOTICED*

**Monica Nguyen Tavakoli**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214–635–1839
Fax: 972–656–0967
Email: monica.tavakoli@bjciplaw.com
*ATTORNEY TO BE NOTICED*

**Niknaz Bukovcan**
Buether Joe &Carpenter, LLC
1700 Pacific Avenue
Suite 4750
Dallas, TX 75201
214/466–1278
Fax: 214/635–1831
Email: niky.bukovcan@bjciplaw.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Meredith Corporation** | represented by | **John Christopher Carraway** <br> Klarquist Sparkman LLP <br> 121 SW Salmon Street <br> Suite 1600 <br> Portland, OR 97204 <br> 503−595−5300 <br> Fax: 503−595−5301 <br> Email: chris.carraway@klarquist.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Meredith Corporation** | represented by | **John Christopher Carraway** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **DietGoal Innovations LLC** | represented by | **Christopher Michael Joe** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Brian Andrew Carpenter** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Eric William Buether** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Mark Davin Perantie** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Monica Nguyen Tavakoli** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Niknaz Bukovcan** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2012 | Ï 1 | COMPLAINT against Meredith Corporation ( Filing fee $ 350 receipt number 0540–3632260.), filed by DietGoal Innovations LLC. (Attachments: <br> # 1 Exhibit A, <br> # 2 Civil Cover Sheet)(Bukovcan, Niknaz) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by DietGoal Innovations LLC (Bukovcan, Niknaz) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Bukovcan, Niknaz) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 4 | NOTICE of Attorney Appearance by Eric William Buether on behalf of DietGoal Innovations LLC (Buether, Eric) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 5 | NOTICE of Attorney Appearance by Christopher Michael Joe on behalf of DietGoal Innovations LLC (Joe, Christopher) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 6 | NOTICE of Attorney Appearance by Brian Andrew Carpenter on behalf of DietGoal Innovations LLC (Carpenter, Brian) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 7 | NOTICE of Attorney Appearance by Mark Davin Perantie on behalf of DietGoal Innovations LLC (Perantie, Mark) (Entered: 06/13/2012) |
| 06/13/2012 | Ï 8 | NOTICE of Attorney Appearance by Monica Nguyen Tavakoli on behalf of DietGoal Innovations LLC (Tavakoli, Monica) (Entered: 06/13/2012) |
| 06/14/2012 | Ï 9 | SUMMONS Issued as to Meredith Corporation. (ehs, ) (Entered: 06/14/2012) |
| 06/14/2012 | Ï | Judge Michael H. Schneider added. (ehs, ) (Entered: 06/14/2012) |
| 06/22/2012 | Ï 10 | ORDER REFERRING CASE to Magistrate Judge Caroline Craven. Signed by Judge Michael H. Schneider on 6/22/2012. (ch, ) (Entered: 06/22/2012) |
| 06/26/2012 | Ï 11 | ORDER that Plaintiff shall file a notice that the case is ready for a scheduling conference when all Defendants have either answered or filed a motion to transfer or dismiss. Signed by Magistrate Judge Caroline Craven on 6/26/12. (bas) (Entered: 06/26/2012) |
| 07/05/2012 | Ï 12 | SUMMONS Returned Executed by DietGoal Innovations LLC. Meredith Corporation served on 6/19/2012, answer due 7/10/2012. (ehs, ) (Entered: 07/05/2012) |
| 07/06/2012 | Ï 13 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Meredith Corporation.( Carraway, John) (Entered: 07/06/2012) |
| 07/06/2012 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV–12 for Meredith Corporation to 8/13/2012. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 07/06/2012) |
| 08/13/2012 | Ï 14 | *Defendant Meredith Corporation's* ANSWER to 1 Complaint *by DietGoal Innovations LLC*, COUNTERCLAIM against DietGoal Innovations LLC by Meredith Corporation.(Carraway, John) (Entered: 08/13/2012) |
| 08/13/2012 | Ï 15 | CORPORATE DISCLOSURE STATEMENT filed by Meredith Corporation (Carraway, John) (Entered: 08/13/2012) |
| 08/15/2012 | Ï 16 | NOTICE by DietGoal Innovations LLC re 11 Order *Plaintiff DietGoal Innovations LLC's Notice of Readiness for Scheduling Conference* (Joe, Christopher) (Entered: 08/15/2012) |

| | | |
|---|---|---|
| 09/06/2012 | 17 | ORDER TO MEET, REPORT AND APPEAR AT SCHEDULING CONFERENCE, ( Scheduling Conference set for 10/16/2012 10:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven.). Signed by Magistrate Judge Caroline Craven on 9/5/2012. (sm, ) (Entered: 09/06/2012) |
| 09/10/2012 | 18 | RESPONSE to 14 Answer to Complaint, Counterclaim *DietGoal Innovations LLC's Answer to Defendant Meredith Corporation's Counterclaims* by DietGoal Innovations LLC. (Bukovcan, Niknaz) (Entered: 09/10/2012) |
| 09/14/2012 | 19 | MOTION to Change Venue *to the Southern District of New York* by Meredith Corporation. (Attachments:<br># 1 Affidavit Declaration of Lisa Sharples,<br># 2 Affidavit Declaration of Larry Sommers,<br># 3 Affidavit Declaration of J. Christopher Carraway,<br># 4 Exhibit A of Declaration of J. Christopher Carraway,<br># 5 Exhibit B of Declaration of J. Christopher Carraway,<br># 6 Exhibit C of Declaration of J. Christopher Carraway,<br># 7 Exhibit D of Declaration of J. Christopher Carraway,<br># 8 Exhibit E of Declaration of J. Christopher Carraway,<br># 9 Exhibit F of Declaration of J. Christopher Carraway,<br># 10 Exhibit G of Declaration of J. Christopher Carraway,<br># 11 Exhibit H of Declaration of J. Christopher Carraway,<br># 12 Exhibit I of Declaration of J. Christopher Carraway,<br># 13 Exhibit J of Declaration of J. Christopher Carraway,<br># 14 Exhibit K of Declaration of J. Christopher Carraway,<br># 15 Exhibit L of Declaration of J. Christopher Carraway,<br># 16 Exhibit M of Declaration of J. Christopher Carraway,<br># 17 Exhibit N of Declaration of J. Christopher Carraway,<br># 18 Exhibit O of Declaration of J. Christopher Carraway,<br># 19 Exhibit P of Declaration of J. Christopher Carraway,<br># 20 Exhibit Q of Declaration of J. Christopher Carraway,<br># 21 Exhibit R of Declaration of J. Christopher Carraway,<br># 22 Exhibit S of Declaration of J. Christopher Carraway,<br># 23 Exhibit T of Declaration of J. Christopher Carraway,<br># 24 Exhibit U of Declaration of J. Christopher Carraway,<br># 25 Exhibit V of Declaration of J. Christopher Carraway,<br># 26 Exhibit W of Declaration of J. Christopher Carraway,<br># 27 Exhibit X of Declaration of J. Christopher Carraway,<br># 28 Exhibit Y of Declaration of J. Christopher Carraway,<br># 29 Exhibit Z of Declaration of J. Christopher Carraway,<br># 30 Exhibit AA of Declaration of J. Christopher Carraway,<br># 31 Exhibit BB of Declaration of J. Christopher Carraway,<br># 32 Text of Proposed Order)(Carraway, John) (Entered: 09/14/2012) |
| 09/20/2012 | 20 | NOTICE by DietGoal Innovations LLC re 17 Order, Set Hearings *DietGoal Innovations LLC's Notice of Financial Interest* (Bukovcan, Niknaz) (Entered: 09/20/2012) |
| 10/01/2012 | 21 | RESPONSE in Opposition re 19 MOTION to Change Venue *to the Southern District of New York Plaintiff DietGoal Innovations LLC's Response in Opposition to Defendant Meredith Corporations Motion to Transfer Venue to the Southern District of New York filed by DietGoal Innovations LLC*. (Attachments:<br># 1 Exhibit Exhibit A,<br># 2 Exhibit Exhibit B,<br># 3 Exhibit Exhibit C,<br># 4 Exhibit Exhibit D, |

| | | |
|---|---|---|
| | | # 5 Text of Proposed Order Proposed Order)(Bukovcan, Niknaz) (Entered: 10/01/2012) |
| 10/02/2012 | Ï 22 | ***FILED IN ERROR, PLEASE IGNORE.***STATUS REPORT *Parties' Joint Discovery and Case Management Plan* by DietGoal Innovations LLC. (Bukovcan, Niknaz) Modified on 10/3/2012 (sm, ). (Entered: 10/02/2012) |
| 10/02/2012 | Ï 23 | STATUS REPORT *Parties' Joint Discovery and Case Management Plan* by DietGoal Innovations LLC. (Bukovcan, Niknaz) (Entered: 10/02/2012) |
| 10/03/2012 | Ï | ***FILED IN ERROR, PER ATTY, ATTY HAS REFILED (SEE #23). Document # 22, Status Report. PLEASE IGNORE.***<br><br>(sm, ) (Entered: 10/03/2012) |
| 10/03/2012 | Ï 24 | NOTICE by DietGoal Innovations LLC *DIETGOAL INNOVATIONS LLCS NOTICE OF COMPLIANCE WITH SERVICE OF PLAINTIFFS DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3−1 AND 3−2* (Bukovcan, Niknaz) (Entered: 10/03/2012) |
| 10/11/2012 | Ï 25 | REPLY to Response to Motion re 19 MOTION to Change Venue *to the Southern District of New York filed by Meredith Corporation*. (Carraway, John) (Entered: 10/11/2012) |
| 10/12/2012 | Ï 26 | NOTICE of Attorney Appearance by Damon Michael Young on behalf of DietGoal Innovations LLC (Young, Damon) (Entered: 10/12/2012) |
| 10/16/2012 | Ï 27 | Minute Entry for proceedings held before Magistrate Judge Caroline Craven: Scheduling Conference held on 10/16/2012. (Court Reporter Libby Crawford.) (lfs, ) (Entered: 10/16/2012) |
| 10/16/2012 | Ï 28 | ORDER REGARDING E−DISCOVERY IN PATENT CASES. Signed by Magistrate Judge Caroline Craven on 10/16/2012. (sm, ) (Entered: 10/16/2012) |
| 10/16/2012 | Ï 29 | SCHEDULING AND DISCOVERY ORDER: Pretrial Conference set for 7/2/2014 09:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. Amended Pleadings due by 11/15/2012. Discovery due by 10/16/2013. Joinder of Parties due by 11/15/2012. Mediation Completion due by 10/30/2013. Markman Hearing set for 5/22/2013 09:00 AM in Ctrm 403 (Texarkana) before Magistrate Judge Caroline Craven. Proposed Pretrial Order due by 5/29/2014. Signed by Magistrate Judge Caroline Craven on 10/16/12. (bas) (Entered: 10/16/2012) |
| 10/22/2012 | Ï 30 | SUR−REPLY to Reply to Response to Motion re 19 MOTION to Change Venue *to the Southern District of New York PLAINTIFF DIETGOAL INNOVATIONS LLCS SUR−REPLY TO MEREDITH CORPORATIONS MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK filed by DietGoal Innovations LLC*. (Bukovcan, Niknaz) (Entered: 10/22/2012) |
| 11/02/2012 | Ï 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on October 16, 2012, Scheduling Conference before Magistrate Judge Caroline Craven. Court Reporter/Transcriber: Libby Crawford, CSR, Telephone number: 903.794.4067 Ext. 237 or lcrawford@cableone.net. <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<P> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/26/2012. Redacted Transcript Deadline set for 12/6/2012. Release of Transcript Restriction set for 2/4/2013. (Crawford, Libby) (Entered: 11/02/2012) |

| | | |
|---|---|---|
| 11/05/2012 | 32 | MOTION PRACTICE ORDER signed by Magistrate Judge Caroline Craven on 11/5/12. (bas) (Entered: 11/05/2012) |
| 11/07/2012 | 33 | Submission of Proposed Agreed Protective order by DietGoal Innovations LLC *Joint Motion for Entry of Protective Order*. (Attachments:<br># 1 Exhibit Exhibit A,<br># 2 Exhibit Exhibit B,<br># 3 Text of Proposed Order Proposed Protective Order)(Bukovcan, Niknaz) (Entered: 11/07/2012) |
| 11/13/2012 | 34 | Joint MOTION to Amend/Correct 29 Scheduling Order, Set Scheduling Order Deadlines,,,, *Joint Motion to Modify Scheduling Order* by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order Proposed ORDER)(Tavakoli, Monica) (Entered: 11/13/2012) |
| 11/14/2012 | 35 | ORDER granting 34 Motion to Modify. Signed by Magistrate Judge Caroline Craven on 11/14/12. (bas) (Entered: 11/14/2012) |
| 11/15/2012 | 36 | NOTICE by DietGoal Innovations LLC *DietGoal Innovations LLC's Notice of Compliance With Service of Initial Disclosures* (Bukovcan, Niknaz) (Entered: 11/15/2012) |
| 11/16/2012 | 37 | NOTICE by Meredith Corporation *DEFENDANT MEREDITH CORPORATIONS NOTICE OF COMPLIANCE WITH SERVICE OF INITIAL DISCLOSURES* (Carraway, John) (Entered: 11/16/2012) |
| 11/20/2012 | 38 | ORDER GRANTING extension of time to designate a lead defendant. Signed by Magistrate Judge Caroline Craven on 11/20/2012. (sm, ) (Entered: 11/20/2012) |
| 11/28/2012 | 39 | ORDER re 33 Proposed Agreed Docket Control/Scheduling, Protective or Discovery Order, filed by DietGoal Innovations LLC ORDERING defendants to submit a revised protective order. Signed by Magistrate Judge Caroline Craven on 11/27/2012. (sm, ) (Entered: 11/28/2012) |
| 12/04/2012 | 40 | NOTICE of Discovery Disclosure by DietGoal Innovations LLC *DietGoal Innovations LLC's Notice of Compliance With Service of Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions* (Bukovcan, Niknaz) (Entered: 12/04/2012) |
| 12/05/2012 | 41 | PROTECTIVE ORDER. Signed by Magistrate Judge Caroline Craven on 12/5/2012. (sm, ) (Entered: 12/05/2012) |
| 12/17/2012 | 42 | NOTICE by DietGoal Innovations LLC *Plaintiff's Notice of Compliance Regarding the Disclosure of Proposed Terms and Claim Elements for Construction, P.R. 4−1* (Tavakoli, Monica) (Entered: 12/17/2012) |
| 12/18/2012 | 43 | NOTICE by Meredith Corporation *Defendant's Notice Of Compliance Concerning The Disclosure Of Proposed Terms Pursuant TO P.R. 4−1* (Carraway, John) (Entered: 12/18/2012) |
| 01/08/2013 | 44 | ***DEFICIENT DOCUMENT, PLEASE IGNORE***Opposed MOTION to Stay *Proceedings Pending Ruling on Motions to Transfer Venue* by Meredith Corporation. (Attachments:<br># 1 Exhibit,<br># 2 Exhibit,<br># 3 Exhibit,<br># 4 Exhibit)(Carraway, John) Modified on 1/8/2013 (sm, ). (Entered: 01/08/2013) |
| 01/08/2013 | | NOTICE of DEFICIENCY regarding the #44 Opposed motion to stay submitted by Meredith Corporation. exhibits were not identified with specifity per local rules. Correction should be made by 1 business day and refiled. This motion is now TERMINATED. (sm, ) (Entered: 01/08/2013) |
| 01/08/2013 | 45 | |

| | | |
|---|---|---|
| | | Joint MOTION to Stay *Proceedings Pending Ruling on Motions to Transfer Venue* by Meredith Corporation. (Attachments:<br># 1 Exhibit Exhibit 1: Scheduling Conference Transcript,<br># 2 Exhibit Exhibit 2: EatingWell Website,<br># 3 Exhibit Exhibit 3: Bravo Website,<br># 4 Exhibit Exhibit 4: RealSimple Website,<br># 5 Text of Proposed Order Proposed Order)(Carraway, John) (Entered: 01/08/2013) |
| 01/15/2013 | Ï 46 | Order reassigning this case to United States District Judge Rodney Gilstrap and referring this case to United States Magistrate Judge Roy Payne per General Order 13−3. For proposed scheduling order see Appendix E to General Order 13−3. Judge Michael H. Schneider, Magistrate Judge Caroline Craven no longer assigned to the case. (tlh, ) (Entered: 01/15/2013) |
| 01/15/2013 | Ï 47 | Joint MOTION for Extension of Time to File *P.R. 4−2 Disclosures and Privilege Logs* by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order Proposed Order)(Tavakoli, Monica) (Entered: 01/15/2013) |
| 01/16/2013 | Ï 48 | ORDER granting 47 Motion for Extension of Time to File. Signed by Magistrate Judge Roy S. Payne on January 16, 2013. (jml) (Entered: 01/16/2013) |
| 01/23/2013 | Ï 49 | Joint MOTION to Amend/Correct 29 Scheduling Order, Set Scheduling Order Deadlines,,,, *Joint Motion to Modify Scheduling Order re P.R. 4−2 and Privilege Logs* by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order)(Tavakoli, Monica) (Entered: 01/23/2013) |
| 01/28/2013 | Ï 50 | RESPONSE to Motion re 45 Joint MOTION to Stay *Proceedings Pending Ruling on Motions to Transfer Venue Plaintiff DietGoal Innovations LLCs Response to Defendants Joint Motion to Stay Proceedings Pending Ruling on Motion to Transfer* filed by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order Proposed ORDER)(Buether, Eric) (Entered: 01/28/2013) |
| 01/28/2013 | Ï 51 | Joint MOTION for New Trial *in a Reassigned Case* by DietGoal Innovations LLC. (Attachments: # 1 Text of Proposed Order)(Bukovcan, Niknaz) (Entered: 01/28/2013) |
| 01/28/2013 | Ï 52 | Submission of Proposed Agreed Discovery order by DietGoal Innovations LLC. (Bukovcan, Niknaz) (Entered: 01/28/2013) |
| 01/30/2013 | Ï 53 | Unopposed MOTION to Amend/Correct 29 Scheduling Order, Set Scheduling Order Deadlines,,,, *Unopposed Motion to Modify Scheduling Order re P.R. 4−2 and Privilege Logs* by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order)(Tavakoli, Monica) (Entered: 01/30/2013) |
| 02/05/2013 | Ï 54 | Unopposed MOTION to Amend/Correct 29 Scheduling Order, Set Scheduling Order Deadlines,,,, *Unopposed Motion to Modify Scheduling Order re P.R. 4−2 and Privilege Logs* by DietGoal Innovations LLC. (Attachments:<br># 1 Text of Proposed Order)(Tavakoli, Monica) (Entered: 02/05/2013) |
| 02/06/2013 | Ï 55 | REPLY to Response to Motion re 45 Joint MOTION to Stay *Proceedings Pending Ruling on Motions to Transfer Venue [Defendants' Joint Reply on their Motion to Stay Proceedings Pending Ruling on Motion to Transfer]* filed by Meredith Corporation. (Carraway, John) (Entered: 02/06/2013) |
| 02/19/2013 | Ï 56 | SUR−REPLY to Reply to Response to Motion re 45 Joint MOTION to Stay *Proceedings Pending Ruling on Motions to Transfer Venue* filed by DietGoal Innovations LLC. (Buether, Eric) (Entered: 02/19/2013) |
| 02/26/2013 | Ï | ORDER re 19 MOTION to Change Venue *to the Southern District of New York*. Plaintiff is |

| | | |
|---|---|---|
| | | directed to file a supplemental brief of no more than 2 pages by March 4, 2013 that addresses whether this patent infringement action could have been brought in the Eastern District of Virginia. Any responsive brief must be filed no later than March 6, 2013. Signed by Magistrate Judge Roy S. Payne on 2/26/2013. (No document attached.)(rsp1) (Entered: 02/26/2013) |
| 03/04/2013 | Ï 57 | BRIEF filed *Supplemental Brief in Opposition to Defendant's Motion to Transfer* by DietGoal Innovations LLC. (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit B,<br># 3 Exhibit C,<br># 4 Exhibit D,<br># 5 Exhibit E,<br># 6 Exhibit F)(Bukovcan, Niknaz) (Entered: 03/04/2013) |
| 03/06/2013 | Ï 58 | SEALED SUPPLEMENAL RESPONSE to Motion re 19 MOTION to Change Venue *to the Southern District of New York* filed by Meredith Corporation. (Attachments:<br># 1 Affidavit Declaration of J. Christopher Carraway,<br># 2 Exhibit A to Carraway Declaration,<br># 3 Exhibit B to Carraway Declaration,<br># 4 Exhibit C to Carraway Declaration,<br># 5 Exhibit D to Carraway Declaration,<br># 6 Exhibit E to Carraway Declaration,<br># 7 Exhibit F to Carraway Declaration)(Carraway, John) (Entered: 03/06/2013) |
| 03/08/2013 | Ï 59 | SEALED MOTION *Plaintiff DietGoal Innovations LLCs Motion for Leave to File a One Page Supplemental Brief* by DietGoal Innovations LLC. (Attachments:<br># 1 Exhibit Exhibit A,<br># 2 Exhibit Exhibit B,<br># 3 Text of Proposed Order Proposed ORDER)(Bukovcan, Niknaz) (Entered: 03/08/2013) |
| 03/08/2013 | Ï 60 | Sealed Document: Plaintiff DietGoal Innovations LLCs Supplemental Brief Addressing Dr. Oliver Alabasters Relationship with Plaintiff (Attachments:<br># 1 Exhibit Exhibit A,<br># 2 Exhibit Exhibit B,<br># 3 Exhibit Exhibit C)(Bukovcan, Niknaz) (Entered: 03/08/2013) |
| 03/08/2013 | Ï 61 | NOTICE by DietGoal Innovations LLC *Notice of Compliance re Amended Initial Disclosures* (Bukovcan, Niknaz) (Entered: 03/08/2013) |
| 04/10/2013 | Ï 62 | NOTICE of Attorney Appearance by Michael David Ricketts on behalf of DietGoal Innovations LLC (Ricketts, Michael) (Entered: 04/10/2013) |
| 04/12/2013 | Ï | ORDER granting 59 Sealed Motion for Leave to File Supplemental Brief. Signed by Magistrate Judge Roy S. Payne on 4/12/2013. (rsp1, ) (Entered: 04/12/2013) |
| 04/15/2013 | Ï 63 | MEMORANDUM ORDER – the Court finds that Eastern District of Virginia is a clearly more convenient venue. Accordingly, it is ORDERED that this case be transferred to the Eastern District of Virginia. Signed by Magistrate Judge Roy S. Payne on 4/15/13. (ehs, ) (Entered: 04/15/2013) |
| 04/15/2013 | Ï | NOTICE re 63 Memorandum ORDER – Pursuant to Local Rule CV−83 (b) Transferred Cases. Absent an order of the court to the contrary, no sooner than the twenty−first day following an order of the court transferring the case to another district court the clerk shall transmit the case file to the directed court. If a timely motion or reconsideration of the order of transfer or remand has been filed, the clerk shall delay mailing or transferring the file until the court has ruled on the motion for reconsideration. (ehs, ) (Entered: 04/15/2013) |

| 05/13/2013 | Ï | Interdistrict transfer to the Eastern District of Virginia (ch, ) (Entered: 05/13/2013) |